# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| GENOVA TECHNOLOGIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 08-133 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE SIGNATURE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff's request for preliminary injunction filed in its Complaint, and upon the Magistrate Judge's Report and Recommendation, filed May 4, 2009. Report and Recommendation adopted, preliminary injunction denied.

Plaintiff, an Iowa corporation with its principal place of business in Cedar Rapids, Iowa, brings this action against defendant, a citizen of Maryland, seeking damages and injunctive relief for breach of agreement (Count I) and tortious interference with business relations (Count II). The amount in controversy exceeds $75,000. The court has jurisdiction pursuant to 28 U.S.C. §1332.

The court referred plaintiff's request for injunctive relief to the US Magistrate Judge for a Report and Recommendation pursuant to 28 USC §636(b), which was

filed on May 4, 2009, as noted above.  Plaintiff filed objections to the Report and Recommendation on May 18, 2009, to which defendant responded on June 2, 2009.

In Count 3 of its Complaint, plaintiff asserts it has an agreement with defendant providing for restrictions upon defendant's solicitation of plaintiff's clients, that defendant breached the agreement, and that defendant should be enjoined from further breaches of obligations under the agreement.  The nature of the matter is fully characterized in the Magistrate Judge's thorough analysis, and requires no further elaboration.  The Magistrate Judge carefully reviewed the question in accordance with the applicable standards, see Dataphase Systems, Inc. v. CL Systems, Inc., 640 F2d 109 (8th Cir. 1981), and concluded the issuance of a preliminary injunction to be inappropriate.

Plaintiff objects to the finding that the "client" defined in the agreement was CBC, to the "finding that Signature Group would have had access to the Client (CMS) but for its relationship to Genova," to the finding that the balance of harm weighs in favor of defendant, and to the findings as to likelihood of success on the merits and public policy.

The court has conducted a de novo review of the Report and Recommendation, including plaintiff's objections thereto.  For the reasons set forth therein, the court adopts the Report and Recommendation.

It is therefore

ORDERED

Report and Recommendation adopted; request for injunctive relief denied.

June 25, 2009.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT